A. EUGENE AUSTIN, Appellant, v. CHARLES B. MANVILLE, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page, and Greenbaum, JJ.

EUGENE THALMESSINGER, Appellant, v. PINE RIDGE COAL COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BANKERS TRUST COMPANY, Appellant, v. KINGS COUNTY TRUST COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES N. BRIZSE, Appellant, v. FREDERICK J. LISMAN and Others, as Copartners, etc., Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

TWENTY-TWO THAMES STREET CORPORATION, Respondent, v. JAMES HERBERT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENRY M. HOGAN, Respondent, v. NITROGON ELECTRIC LAMP COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HORACE R. KELLY, Appellant, v. CHRISTIAN H. HILBERT, Respondent.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of JOB E. HEDGES, as Receiver of the NEW YORK RAILWAYS COMPANY, Appellant, for a Writ of Mandamus against CHARLES L. CRAIG, as Comptroller of the City of New York, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GUSSIE NAGEL, Respondent, v. ISIDORE NAGEL, Appellant.— Order modified by reducing alimony to $75 per week and counsel fee to $500, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.